**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

IN RE:   Joshua David Madden                                             Case Number:   16-20168
Debtor

## ORDER CONFIRMING THE FIRST
## AMENDED PLAN FILED ON 3/29/2016, Court Doc. # 16

A plan under Chapter 13 having been filed and served by the debtor on all creditors, and it appearing that the plan meets requirements for confirmation, IT IS ORDERED:

THE PLAN IS CONFIRMED.

The plan as confirmed is deemed to incorporate by reference all pre-confirmation orders affecting the treatment of claims and liens, and to the extent of any inconsistency between the plan and any order, the terms of the order are deemed to control.

The Trustee is authorized to adjust the amount of the monthly payment disbursed to each secured creditor as may be necessary in the administration of the plan.

Any fee requested in section III.C.1.a of the plan is hereby allowed.

Copies to:

Joshua David Madden
2340 Sawmill Ct. #104
Burlington, KY  41005

ADAMS, W. RON
488 ERLANGER ROAD
COVINGTON , KY  41018-1428

MANLEY DEAS KOCHALSKI LLC
P O BOX 165028
COLUMBUS, OH  43216-5028

STATMAN HARRIS & EYRICH LLC
441 VINE ST #3700
CINCINNATI, OH  45202

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Tracey N. Wise*
**Bankruptcy Judge**
Dated: Friday, April 15, 2016
(tnw)