# UNITED STATES BANKRUPTY COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

IN RE:

Joshua David Madden

Case Number: 16-20168

Debtor

## OBJECTION TO CLAIM

The Trustee objects to the claim of HUNTINGTON NATIONAL BANK in the amount of $6,743.38, filed as claim number 10-1 on the basis that:

The claim was filed later than 90 days after the first scheduled Section 341(a) Meeting of Creditors.  Therefore, said claim should be disallowed as tardy.  Bankruptcy Rule 3002(c).

## NOTICE AND OPPORTUNITY FOR HEARING
## AND OBJECTION TO CLAIM

Notice is hereby given of this Objection to Claim.   Unless a Response and Request for Hearing, stating grounds for opposing the Objection is filed within thirty (30) days of service of this Notice, an Order will be tendered sustaining the Objection and the matter will be submitted to the Court for decision.  No hearing will be held unless a timely request for hearing is filed.  Notice is further given that the attached order sustaining this objection is being tendered herewith.

## CERTIFICATE OF SERVICE

It is hereby certified that a true copy of the foregoing was served electronically or by mail on August 02, 2016 to the persons and addresses indicated below.

/s/ BEVERLY M. BURDEN, TRUSTEE

Beverly M. Burden, Chapter 13 Trustee
Ky Bar ID: 09330
P O Box 2204
Lexington, KY  40588-2204
notices@ch13edky.com
859-233-1527

HUNTINGTON NATIONAL BANK
7 EASTON OVAL/EA4W122
COLUMBUS, OH 43219

ADAMS, W. RON
488 ERLANGER ROAD
COVINGTON, KY 41018-1428

MANLEY DEAS KOCHALSKI LLC
P O BOX 165028
COLUMBUS, OH  43216-5028

STATMAN HARRIS & EYRICH LLC
441 VINE ST #3700
CINCINNATI, OH  45202

NATIONSTAR MORTGAGE LLC
P O BOX 619096
DALLAS, TX  75261-9741

HUNTINGTON NATIONAL BANK
P O BOX 89424
CLEVELAND, OH  44101-8539