**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

| | |
|---|---|
| In re: | : |
| | : |
| Joshua David Madden | : Case No.: 16-20168 |
| | : Chapter 13 |
| Debtor. | : Judge Tracey N. Wise |
| | : * * * * * * * * * * * * * * * * * * * * * |
| | : |

# MOTION FOR RELIEF FROM STAY
# AS TO REAL ESTATE LOCATED AT
# 2340 SAWMILL CT UNIT 104, BURLINGTON, KY 41005 (FIRST MORTGAGE)

Comes now Nationstar Mortgage LLC, its successor and assigns, (hereinafter "Movant"), a creditor in the above-referenced by counsel, and moves the court pursuant to 11 U.S.C. § 362(d) for an order granting relief from the automatic stay in order that Movant may enforce its lien against the real estate of the Debtor located at 2340 Sawmill Ct Unit 104, Burlington, KY 41005.

In support of its motion, Movant offers the attached memorandum.

Respectfully submitted,

/s/ Amy E. Gardner
Amy E. Gardner (KBA #93532)
John R. Cummins (84631)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Amy E. Gardner.
Contact email is aeg@manleydeas.com

16-005162_CMF2

## MEMORANDUM IN SUPPORT OF
## MOTION FOR RELIEF FROM STAY

1. The Debtor filed a petition for relief under Chapter 13 on February 18, 2016.

2. The trustee of the estate of the Debtor in this case is Beverly M. Burden.

3. Movant has a secured claim in this case in the principal amount of $46,765.94 plus 4.875% interest per annum. The claim is secured by a security interest in the following collateral: real property located at 2340 Sawmill Ct Unit 104, Burlington, KY 41005 and more fully described in the mortgage.

4. The security interest was perfected by the filing of the mortgage.

5. Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase order, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary. Debtor(s) executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Creditor or has been duly indorsed. Creditor, directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust.

6. A copy of the Proof of Claim filed in this case by Movant, along with copies of the note, security agreement, financing statement and supporting documents establishing the Movant's perfected security interest in the above-described property, is attached hereto.

7. The monthly payments due for September 1, 2016 through October 1, 2016 remain unpaid. The unpaid principal balance of $46,765.94 plus interest and fees equals a total of $48,149.40.

8. Movant seeks relief from stay on the following grounds: the interest of the Movant is not adequately protected; or the Debtor has no equity in the property and the property is not necessary to an effective reorganization.

WHEREFORE, Movant respectfully requests that this Court enter an Order terminating the automatic stay to permit Movant to foreclose on its mortgage lien herein described and for such other relief as may be just.

Respectfully submitted,

/s/ Amy E. Gardner
Amy E. Gardner (KBA #93532)
John R. Cummins (84631)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Amy E. Gardner.
Contact email is aeg@manleydeas.com

## NOTICE

Please take notice that parties in interest shall have 14 days from the date of this motion within which to file a response to the motion and a request and notice of hearing on such response. If no response is timely filed, the enclosed order may be entered by the court without a hearing on the motion.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion for Relief from Stay (First Mortgage) was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Eastern District of Kentucky, Party of Interest, 100 East Vine Street, #500, Lexington, KY  40507

16-005162_CMF2

Beverly M. Burden, P.O. Box 2204, Lexington, KY  40588, Notices@Ch13EDKY.com

W Ron Adams, Attorney for Joshua David Madden, 488 Erlanger Road, Erlanger, KY  41018, wracourtnotices@gmail.com

and on the below listed parties by regular U.S. mail, postage prepaid on November  4 , 2016:

Joshua David Madden, 2340 Sawmill Ct. #104, Burlington, KY  41005

Joshua David Madden, 2340 Sawmill Ct Unit 104, Burlington, KY  41005

/s/ Amy E. Gardner

16-005162_CMF2