# United States Bankruptcy Court
### Eastern District of Kentucky

In re **Joshua David Madden**　　　　　　　　　　　　　　　　Case No. **16-20168**
　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　Chapter **13**

## MOTION TO MODIFY CHAPTER 13 PLAN PAYMENT

　　　Comes now the debtor, Joshua David Madden, by and through counsel and request that this Honorable Court modify his Chapter 13 plan payments. Debtor had some unexpected incidentals and got behind on his mortgage. He is now current, but owes for the attorney fees involved in filing the Motion for Relief. Pursuant to the Agreed Order resolving the Motion for Relief, Debtor requests this Honorable Court to allow him to increase his Plan from $1,027.77 to $1,050.69 (an increase of $22.92 per month) beginning March 2017 to cover the attorney fees and costs of $1,026.00 plus interest. By adding this amount to all future Plan payments, it would take no monies from unsecured creditors in the current Chapter 13 Plan. If approved, Nationstar Mortgage LLC will file a proof of claim for the attorney fees and costs associated with the Motion for Relief from Stay.

　　　WHEREFORE, counsel requests an Order modifying the Chapter 13 Plan as stated above.

　　　This the 3rd day of January, 2017.

　　　　　　　　　　　　　　　　　　　　　　/s/ W. Ron Adams
　　　　　　　　　　　　　　　　　　　　　　W. Ron Adams, P.S.C. (KBA #82078)
　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　　　　　　　　488 Erlanger Road
　　　　　　　　　　　　　　　　　　　　　　Erlanger, KY  41018
　　　　　　　　　　　　　　　　　　　　　　(859) 727-4444

### NOTICE

The parties are hereby given notice that unless Objections are filed within 21 days from the date of this Motion, an Order will be tendered to the Court and said Order will be entered without a hearing on the Motion.

### CERTIFICATE OF SERVICE

　　　I hereby certify that a true and accurate copy of the foregoing has been served ECF filing or by U.S. regular mail on the following this 3rd day of January, 2017:

　　　U.S. Trustee
　　　Beverly Burden, Chapter 13 Trustee
　　　All Creditors
　　　Nationstar Mortgage LLC

　　　　　　　　　　　　　　　　　　　　　　/s/ W. Ron Adams
　　　　　　　　　　　　　　　　　　　　　　W. Ron Adams, P.S.C.