## United States Bankruptcy Court
### Eastern District of Kentucky

In re  **Joshua David Madden**                                    Case No.  **16-20168**
                            Debtor(s)                              Chapter   **13**

## ORDER MODIFYING CHAPTER 13 PLAN

This matter having come before this Court by Motion to Modify of Debtor's Counsel and for good cause shown,

IT IS HEREBY ORDERED, that the Motion to Modify Chapter 13 Plan Payments dated January 3, 2017 is SUSTAINED.


COPY TO:

U.S. Trustee
Beverly M. Burden, Chapter 13 Trustee
All Creditors
Nationstar Mortgage LLC

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge
Dated: Monday, January 30, 2017**
(tnw)